FILED _____ 
LODGED _____

FEB 0 4 2014

# UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND – NORTHERN DIVISION

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of | **APPLICATION AND AFFIDAVIT FOR** |
| **Two Wireless Telephones** | **SEARCH WARRANT** |
| **(Frink)** | CASE NUMBER: **14-0118SAG** |

I, Thomas Martin, Special Agent, U.S. Drug Enforcement Administration (DEA), being duly sworn, depose and say:

I am a federal agent and have reason to believe that on the following two cellular telephones:

**One silver and white colored Apple brand I-Phone, Model A1387 with serial number C39GKOF8DTDD; and one black colored Apple brand I-phone Model A1428 with IMEI number 013426000948416 (International Mobile Equipment Identity),**

in the District of Maryland, there is now concealed certain property, namely:

SEE ATTACHMENT A,

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure) evidence, fruits, and instrumentalities of a drug trafficking conspiracy in violation of 21 U.S.C. sections 841 and 846.

The facts to support the issuance of a Search Warrant are set forth in the attached affidavit.

_/s/ Thomas Martin_

Thomas Martin
Special Agent
U.S. Drug Enforcement Administration

Sworn to before me and subscribed in my presence, on January 17, 2014, at Baltimore, Maryland.

_/s/_

Honorable Stephanie A. Gallagher
United States Magistrate Judge