FEB 04 2014

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE ORDER DIRECTING APPLE, INC., TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT | Case No. 14-0118SAG |

### EX PARTE APPLICATION FOR AN ORDER DIRECTING APPLE, Inc.,TO ASSIST IN UNLOCKING CERTAIN iOS DEVICES

The United States of America, through undersigned counsel, hereby moves this Court under the All Writs Act, 28 U.S.C. § 1651, for an order directing Apple, Inc. ("Apple") to assist in the execution of a federal search warrant by bypassing the lock screen of two iOS devices, specifically: (1) **one silver and white colored Apple brand I-Phone, Model A1387 with serial number C39GKOF8DTDD**; and (2) **one black colored Apple brand I-phone Model A1428 with IMEI number 013426000948416 (International Mobile Equipment Identity)** (both are referred herein as the "iOS devices").

### FACTS

Today, a DEA agent is submitting an application for a search warrant pertaining to the iOS devices specified above. That warrant will authorize a search of the devices using procedures specified in the warrant. Based on experience, the case agents know that the iOS devices routinely and automatically lock and require a passcode to unlock them.

Apple, the creator of the iOS operating system and producer of the iOS devices, may have the capability of either retrieving the data stored on the iOS devices or unlocking the devices so that the government agents can examine the data in accordance with the warrant. The government, therefore, respectfully requests an order directing Apple to either unlock the devices

1

or retrieve the data from the devices and then turn that data over to the DEA agents who wish to execute the search warrant.

## DISCUSSION

The All Writs Act provides that "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). As the Supreme Court explained, "[t]he All Writs Act is a residual source of authority to issue writs that are not otherwise covered by statute." *Pennsylvania Bureau of Correction v. United States Marshals Service*, 474 U.S. 34, 43 (1985). "The power conferred by the Act extends, under appropriate circumstances, to persons who, though not parties to the original action or engaged in wrongdoing, are in a position to frustrate the implementation of a court order or the proper administration of justice... and encompasses even those who have not taken any affirmative action to hinder justice." *United States v. New York Tel. Co.*, 434 U.S. 159, 174 (1977). Specifically, in the *New York Tel. Co.* case, the Supreme Court held that the All Writs Act permitted district courts to order a telephone company to effectuate a search warrant by installing a pen register. Under the reasoning of *New York Tel. Co.*, this Court has the authority to order Apple to use any capabilities it may have to assist in effectuating the search warrant.

The government is aware, and can represent, that in other cases, courts have ordered Apple to assist in effectuating search warrants in this manner under the authority of the All Writs Act. Apple has complied with such orders.

The requested order would enable agents to comply with this Court's warrant commanding that the iOS device be examined for evidence identified by the warrant. Attempting to examine the iOS devices without Apple's assistance, if it is possible at all, likely

would damage the iOS devices and would lose the information stored on the devices. The requested assistance is not likely to place any unreasonable burden on Apple.

Respectfully submitted,

Richard C. Kay
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
(410) 209-4850

Date: January 17, 2014