


FEB 0 4 2014

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| IN RE ORDER DIRECTING APPLE, INC., TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT | Case No. 14-0118SAG |
|---|---|

### ORDER DIRECTING APPLE, Inc., TO ASSIST IN UNLOCKING CERTAIN iOS DEVICES

After a review of the government's ex parte application for an order Directing Apple, Inc., to assist in the execution of a search warrant on the contents of two iOS devices, and the record, and for good cause shown, it is this 17th day of January 2014, ORDERED as follows:

1. The government's application is HEREBY GRANTED.

2. Apple, Inc., is HEREBY ORDERED to provide any assistance that is necessary and possible to either (a) unlock the following two devices or (b) retrieve the data from the devices and then turn that data over to the DEA agents. The two devices are described as: (1) **one silver and white colored Apple brand I-Phone, Model A1387 with serial number C39GKOF8DTDD**; and (2) **one black colored Apple brand I-phone Model A1428 with IMEI number 013426000948416 (International Mobile Equipment Identity).**

3. The clerk of the court shall provide a certified copy of this order to Assistant U.S. Attorney Richard C. Kay.

_____
Stephanie A. Gallagher
United States Magistrate Judge