UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED ENTERED
LOGGED RECEIVED

MAY 16 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| IN RE ORDER DIRECTING APPLE, INC., TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT | Case No. 14-0118-SAG |

### EX PARTE APPLICATION FOR AN AMENDED ORDER DIRECTING APPLE, Inc.,TO ASSIST IN UNLOCKING CERTAIN iOS DEVICES

The United States of America, through undersigned counsel, hereby moves this Court under the All Writs Act, 28 U.S.C. § 1651, for an amended order directing Apple, Inc. ("Apple"), to assist in the execution of a federal search warrant by bypassing the lock screen of two iOS devices, specifically: (1) **one silver and white colored Apple brand I-Phone, Model A1387 with serial number C39GKOF8DTDD**; and (2) **one black colored Apple brand I-phone Model A1428 with IMEI number 013426000948416 (International Mobile Equipment Identity)** (both are referred herein as the "iOS devices"), and providing access to the contents of the two phones.

On January 17, 2014, a Drug Enforcement Administration (DEA) agent submitted an application for a search warrant pertaining to the two iOS devices specified above. The Court granted the request that same day, and issued the warrant authorizing a search of the devices using procedures specified in the warrant.

All iOS devices, such as these, automatically lock out any users except those who have a specific passcode. So, along with that application, the government submitted a request for an order directing Apple to provide assistance to the government by unlocking the access to the two phones. The Court granted that request and issued an order to Apple.

1

Apple received a copy of the order in January and yesterday advised that the company is perfectly willing to comply with the order and to assist in unlocking the phones. However, the Apple contact has advised that Apple needs a modified order that addresses the possibility that the phones may have encrypted data that the company will be unable to decrypt. The government, therefore, respectfully requests an amended order directing Apple to either unlock the devices or retrieve the data from the devices and then turn that data over to the DEA agents who wish to execute the search warrant, but does not require Apple to attempt to decrypt any encrypted data.

The requested order would enable agents to comply with this Court's warrant commanding that the iOS devices be examined for evidence identified by the warrant. As stated in the original motion, attempts by the DEA to examine the iOS devices without Apple's assistance, if it is possible at all, likely would damage the iOS devices and would lose the information stored on the devices. Apple has indicated that the requested assistance will not place any unreasonable burden on Apple. A proposed draft order is submitted herewith for the convenience of the Court.

                                                  Respectfully submitted,

                                                  */s/ Richard C. Kay*

                                                  Richard C. Kay
                                                  Assistant U.S. Attorney
                                                  36 South Charles Street
                                                  Fourth Floor
                                                  Baltimore, MD 21201
                                                  (410) 209-4850

Date:   May 15, 2014