MAY 16 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE ORDER DIRECTING APPLE, INC., TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT | Case No. 14-0118-SAG |

### AMENDED ORDER DIRECTING APPLE, Inc., TO ASSIST IN UNLOCKING CERTAIN iOS DEVICES

After a review of the government's ex parte application for an <u>amended order</u> directing Apple, Inc., to assist in the execution of a search warrant on the contents of two iOS devices, and the record, and for good cause shown, it is this 15th day of May 2014, ORDERED as follows:

1. The government's application is HEREBY GRANTED.

2. Apple, Inc., is HEREBY ORDERED to provide any assistance that is necessary and possible to either (a) unlock the following two devices or (b) retrieve the data from the devices and then turn that data over to the DEA agents. The two devices are described as: (1) **one silver and white colored Apple brand I-Phone, Model A1387 with serial number C39GKOF8DTDD**; and (2) **one black colored Apple brand I-phone Model A1428 with IMEI number 013426000948416 (International Mobile Equipment Identity)** ("the Devices").

3. It is HEREBY ORDERED that Apple Inc. assist the DEA in its search of the two iOS devices identified above by providing reasonable technical assistance in the instance where the Devices are in reasonable working order and have been locked via passcode protection. Such reasonable technical assistance consists of, to the extent possible, extracting data from the Devices, copying the data from the Devices onto an external hard drive or other storage medium, and returning the aforementioned

storage medium to the DEA, which may then perform a search of the device data on the supplied storage medium.

4. It is further ordered that, to the extent that data on the Devices is encrypted, Apple may provide a copy of the encrypted data to the DEA, but Apple is not required to attempt to decrypt, or otherwise enable the DEA's attempts to access any encrypted data.

5. Although Apple shall make reasonable efforts to maintain the integrity of data on the Devices, Apple shall not be required to maintain copies of any user data as a result of the assistance ordered herein; all evidence preservation shall remain the responsibility of the law enforcement agents.

6. The clerk of the court shall provide a certified copy of this order to Assistant U.S. Attorney Richard C. Kay.

_____
Stephanie A. Gallagher
United States Magistrate Judge